# Third District Court of Appeal

## State of Florida

Opinion filed September 3, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0822
Lower Tribunal No. F87-14748B
_____

**Jorge Perez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carlos H. Gamez, Judge.

Jorge Perez, in proper person.

James Uthmeier, Attorney General, and Sandra Lipman, Assistant Attorney General, for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Jorge Perez, after four previous appeals, once again appeals the denial of a rule 3.800(a) motion, this time, under <u>Erlinger v. United States</u>, 144 S. Ct. 1840 (2024). We affirm because the Florida Supreme Court has ruled <u>Erlinger</u> claims do not apply retroactively. <u>See</u> <u>Wainwright v. State</u>, 411 So. 3d 392, 399 (Fla. 2025), <u>cert. denied sub nom.</u>, <u>Wainwright v. Florida</u>, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025).

Affirmed.